# NO. 12-10-00095-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *KENNITH W. LORENTZ,*<br>*APPELLANT* | § | *APPEAL FROM THE 159TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *ANGELINA COUNTY, TEXAS* |

---

### *MEMORANDUM OPINION*

Appellant, Kennith W. Lorentz, attempts to appeal from an order denying his motion for a copy of the reporter's record in trial court cause number CR-24,878. Sentence was imposed in that cause on January 18, 2006, and this court affirmed the conviction on July 31, 2006. *See **Lorentz v. State***, No. 12-06-00037-CR, 2006 WL 2106803, at *1 (Tex. App.–Tyler July 31, 2006, pet. ref'd) (mem. op., not designated for publication).

As a general rule, an appeal in a criminal case may be taken only from a judgment of conviction. *See **Workman v. State***, 170 Tex. Crim. 621, 622, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961). However, there are certain narrow exceptions. ***Wright v. State***, 969 S.W.2d 588, 589 (Tex. App.-Dallas 1998, no pet.) (listing exceptions). The order Appellant complains of is not a judgment of conviction nor does it fall within any exception to the general rule. Therefore, we have no jurisdiction over the appeal.

On April 6, 2010, this court notified Appellant that the information received in this appeal does not include a final judgment or other appealable order and therefore does not show the jurisdiction of this court. *See* TEX. R. APP. P. 37.1. Appellant was further notified that the appeal would be dismissed unless the information was amended on or before April 16, 2010 to show the jurisdiction of this court. *See* TEX. R. APP. P. 44 .3.

This deadline has now passed, and Appellant has not shown the jurisdiction of this court. Accordingly, the appeal is *dismissed* for want of jurisdiction.

**SAM GRIFFITH**
Justice

Opinion delivered April 28, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)